IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHADWICK JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:10CV561-SRW |
| ) | (WO) |
| PROGRESS RAIL SERVICES ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

For the reasons stated in the Memorandum Opinion and Order entered on this date granting defendant's motion for summary judgment, it is the ORDER, JUDGMENT and DECREE of this court that summary judgment is entered in favor of defendant and against the plaintiff on all of plaintiff's claims.

DONE, this 10th day of November, 2011.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE